PROB 12C
(7/93)

Report Date: May 20, 2008

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 22 2008

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Filogonio Cervantes Delgado     Case Number: 2:07CR02069-001

Address of Offender: San Diego, California

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 9/6/2007

| | | |
|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326 | |
| Original Sentence: | Prison - 7 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: 1/30/2008 |
| Defense Attorney: | Kristine K. Olmstead | Date Supervision Expires: 1/29/2011 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On May 13, 2008, a criminal complaint was filed in U.S. District Court for the Southern District of California, charging the defendant with deported alien found in the United States (case number 08-MJ-1484-001).

On May 15, 2008, the defendant appeared in Court for an initial appearance on the criminal complaint and was ordered detained. Mr. Delgado's next Court date is scheduled for May 29, 2008.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegation contained in this petition.

Prob12C

Re: Delgado, Filogonio Cervantes
May 20, 2008
Page 2

                              I declare under penalty of perjury that the foregoing is true and correct.

                              Executed on:    5/20/08

                                                    Jose Vargas
                                                    U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

                                                    Signature of Judicial Officer

                                                    May 22 2008
                                                    Date